IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BEAUFORT DEDICATED NO. 5, LTD. | § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. H-12-1923 |
| USA DAILY EXPRESS, INC. d/b/a Vintage Lounge, AMIR ANSARI, and DAVIR ANSARI, | § § § § | |
| Defendants. | § | |

**FINAL JUDGMENT**

In accordance with the court's Memorandum Opinion and Order of today, this action is **DISMISSED WITHOUT PREJUDICE.**

Each party will be responsible for its own costs.

This is a **FINAL JUDGMENT**.

**SIGNED** at Houston, Texas, on this 18th day of December, 2012.

SIM LAKE
UNITED STATES DISTRICT JUDGE